UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON OLIVEIRA,<br><br>                              Plaintiff,<br><br>v.<br><br>AMN HEALTHCARE, INC., et al,<br><br>                              Defendants. | Case No.: 22cv3-LL-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>**[ECF No. 23]** |

This matter is before the Court on the parties' joint motion to amend the pleading. ECF No. 23. Good cause appearing, the Court **GRANTS** the joint motion. On or before **July 1, 2022**, Plaintiff shall file the proposed amended pleading attached as Exhibit A to the joint motion as its Second Amended Complaint. Defendant may file its response no later than twenty-one (21) days after the Second Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated:  June 27, 2022

_____
Honorable Linda Lopez
United States District Judge