Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
**KABATECK LLP**
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

James L. Simon (admitted *pro hac vice*)
james@simonsayspay.com
**SIMON LAW CO.**
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 816-8696

Michael L. Fradin (admitted *pro hac vice*)
mike@fradinlaw.com
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sharon Oliveira; and Ingrid Leeman, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMN Healthcare Language Services, Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00003-LL-WVG<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF THE FLSA AND CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASSES, APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL, APPROVAL OF CLASS NOTICES, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Judge:     Hon. Linda Lopez<br>Date:      December 5, 2022<br>Time:      N/A[1]<br>Courtroom: 5D |

---

[1] Per chambers rules, no oral arguments unless separately ordered by the Court.

---

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT**

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on December 5, 2022 in Courtroom 5D of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs Sharon Oliveira and Ingrid Leeman ("Plaintiffs"), individually, and on behalf of all others similarly situated will, and hereby do, respectfully move this Court to approve the Order Granting Preliminary Approval of the FLSA and Class Action Settlement (the "Preliminary Approval Order").[2] Subject to this Court's approval, the Preliminary Approval Order will have the effect of doing the following:

1. Preliminarily approving the Settlement reached by Named Plaintiffs and Defendant as fair, reasonable, and adequate to the Class/Collective Members (defined in paragraph 2, below), subject to further consideration at the Final Approval Hearing after the distribution of the applicable notices to the Class/Collective Members, giving them an opportunity to opt in, opt out or object, as appropriate;

2. Granting conditional certification of the following class and collectives for settlement purposes only:

   a. **The FLSA Collective:** All current and former employees employed by AMN Healthcare Language Services, Inc. or its Predecessor Companies as Interpreters in the United States (excluding Puerto Rico) during the FLSA Collective Period;

   b. **The Ohio Collective:** All current and former employees employed by AMN Healthcare Language Services, Inc. or its Predecessor

---

[2] Unless otherwise stated, all capitalized terms used herein are defined and carry the same definition as the terms used in the Class and Collective Action Settlement Agreement and Release (the "Settlement Agreement," a true and correct copy of which is attached as Exhibit 1 to the Declaration of Jerusalem F. Beligan ("Beligan Decl.").

-1-

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Companies as Interpreters in the State of Ohio during the Ohio Collective Period; and

c. **The California Class:** All current and former employees employed by AMN Healthcare Language Services, Inc. or its Predecessor Companies as Interpreters in the State of California during the California Class Period.

3. Preliminarily approving the PAGA Gross Settlement Amount;

4. Appointing Brian S. Kabateck and Jerusalem F. Beligan of Kabateck, LLP, James L. Simon of Simon Law Co., and Michael L. Fradin as Class Counsel for the Class/Collective Members;

5. Appointing Named Plaintiffs as the Class Representatives for the FLSA Collective, Plaintiff Oliveira for the Ohio Collective, and Plaintiff Leeman for the California Class and PAGA Representative Group;

6. Approving the proposed Notices of Settlement, FLSA Opt-In Consent Form, and Ohio Opt-In Consent Form (attached as Exhibits A-E to the Settlement Agreement) which will be sent to Settlement Class Members for the purposes of, among other things, notifying them of the pendency of the Action and proposed Settlement, the schedule and procedure for the opportunity to opt-in or opt-out, and submitting objections to the proposed Settlement, as appropriate; and approving the method of dissemination set forth in the Settlement Agreement;

7. Preliminarily enjoining, pending the outcome of the Final Approval Hearing, all Class/Collective Members from commencing, prosecuting or maintaining any claim already asserted in, and encompassed by, this Action, or commencing, prosecuting or maintaining in any court or forum, other than the Court, any claim, action or other proceeding that challenges, or seeks review of or relief from, any order, judgment, act, decision or ruling of the Court in connection with the Settlement Agreement; and

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

8. Scheduling a Final Approval Hearing to consider final approval of the proposed Settlement, Class Counsel's Attorneys' Fees and Costs, Class Representative Enhancement Payments, and Settlement Administration Costs not less than 134 days after the date of the order granting this Motion for Preliminary Approval.

This motion is made following the conference of counsel that took place on October 12, 2022. The Parties' counsel have met and conferred, and Defendant does not intend to oppose this motion.

This motion is based upon this notice, the attached Memorandum of Points and Authorities, the declarations filed herewith, the Settlement Agreement and exhibits thereto, the other records and files in the Action, and such other matters as may be properly presented at or before the hearing.

DATED: October 31, 2022                Respectfully submitted,

**KABATECK LLP**

By: /s/ *Jerusalem F. Beligan*
Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

**SIMON LAW CO.**

By: /s/ *James L. Simon*
James L. Simon (admitted *pro hac vice*)
james@simonsayspay.com
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 816-8696

By: /s/ *Michael L. Fradin*
Michael L. Fradin, Esq. (admitted *pro hac vice*)
mike@fradinlaw.com
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889

*Attorneys for Plaintiffs and the Putative Classes*

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**