Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
**KABATECK LLP**
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

James L. Simon (*pro hac vice*)
james@simonsayspay.com
**SIMON LAW CO.**
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 816-8696

Michael L. Fradin (*pro hac vice*)
mike@fradinlaw.com
**FRADIN LAW**
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

*Attorneys for Plaintiffs and the Settlement Class Members*

[Attorneys for Defendant on the signature page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sharon Oliveira; and Ingrid Leeman, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMN Healthcare Language Services, Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00003-JES-WVG<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT**<br><br>Judge:    Hon. James E. Simmons, Jr.<br>Date:     November 1, 2023<br>Time:     9:00 a.m.<br>Courtroom: 4B |

**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT**

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 1, 2023 in Courtroom 4B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs Sharon Oliveira and Ingrid Leeman ("Plaintiffs"), individually, and on behalf of all others similarly situated, and defendant AMN Healthcare Language Services, Inc. ("Defendant", and together with Plaintiffs, the "Parties") will, and hereby do, respectfully move this Court for an order granting final approval of the FLSA and Class Action Settlement and Entering Judgment (the "Motion for Final Approval").[1] Subject to this Court's approval, the Final Approval Order will do the following:

1. Certify this action as an FLSA collective action under 29 U.S.C. § 216(b) and as a class action under Fed. R. Civ. Pro. 23(a) and (b)(3) for purposes of settlement only;

2. Find dissemination of the Notices of Settlement[2] was accomplished as directed and met the requirements of due process;

3. Approve the Settlement, adjudging the terms thereof to be fair, reasonable and adequate;

4. Direct that the Gross Settlement Amount be distributed in accordance with the terms of the Settlement Agreement;

5. Approve the PAGA Gross Settlement Amount of $50,000.00;

---

[1] It should be noted that Plaintiffs' motion for attorney's fees, costs, service award, and claims administration costs will be heard during the same hearing. In that regard, Plaintiffs will be filing a separate motion.

[2] Unless otherwise stated, all capitalized terms used herein are defined and carry the same definition as the terms used in the Class and Collective Action Settlement Agreement and Release (the "Settlement Agreement," a true and correct copy of which is attached as Exhibit 1 to the Declaration of Jerusalem F. Beligan ("Beligan Decl.").

      6.      Exclude from the California Settlement Class those persons who properly and timely request exclusion;

      7.      Dismiss the action with prejudice with respect to the claims of Named Plaintiffs, the California Settlement Class, the FLSA Settlement Collective, the Ohio Settlement Collective, and the PAGA Representative Group;

      8.      Declare that Named Plaintiffs are bound by the Named Plaintiff Release, all California Settlement Class Members are bound by the California Release, all FLSA Settlement Collective Members are bound by the FLSA Release, all Ohio Settlement Class Members are bound by the Ohio Release, and all PAGA Representative Group Members are bound by the PAGA Release;

      9.      Permanently bar these Settlement Group Members from prosecuting the Released Claims; and

      10.      Retain continuing jurisdiction over this Action for purposes only of overseeing all settlement administration matters.

The Motion for Final Approval is based on this notice; the accompanying Memorandum of Points and Authorities; the Order Granting Preliminary Approval of the FLSA and Class Action Settlement (Dkt. 45); accompanying declarations of Class Counsel and Jeremy Romero on behalf of CPT Group (the appointed Settlement Administrator); the Final Approval Order; and other records and documents filed in this action, and such other matters as may be properly presented at or before the Final Approval Hearing.

DATED: September 29, 2023       **KABATECK LLP**

By: */s/ Jerusalem F. Beligan*
Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com

**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT**

633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

**SIMON LAW CO.**

By: /s/ *James L. Simon*
James L. Simon (*pro hac vice*)
james@simonsayspay.com
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 816-8696

**FRADIN LAW**

By: /s/ *Michael L. Fradin*
Michael L. Fradin (*pro hac vice*)
mike@fradinlaw.com
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889

*Attorneys for Plaintiffs and the Settlement Class Members*

**WILSON TURNER KOSMO LLP**

By: /s/ *Katherine M. McCray*
Robin A. Wofford (SBN 137919)
Mary P. Snyder (SBN 211228)
Katherine M. McCray (SBN 243500)
Rita M. Leong (SBN 300058)
Michaela P. Delacruz (SBN 292724)
402 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: msnyder@wilsonturnerkosmo.com
E-mail: kmccray@wilsonturnerkosmo.com
E-mail: rleong@wilsonturnerkosmo.com
E-mail: mdelacruz@wilsonturnerkosmo.com

*Attorneys for Defendant AMN Healthcare Language Services, Inc.*

-3-

**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT**